UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ELBERT DAWKINS, on behalf of
himself and all others similarly situated

                           Plaintiff,

-v.-

DEKALB MARKET HALL, LLC

                           Defendants.

Civil Action No:
1:22-cv-1843

----------------------------------------------------------------X

## NOTICE OF SETTLEMENT

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 31st day of May, 2022

/s/Mark Rozenberg
Mark Rozenberg, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Ph: 201-282-6500
mrozenberg@steinsakslegal.com



The application is ✓ granted.
SO ORDERED     ___ denied.
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 31, 2022
Brooklyn, New York

1