UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Elbert Dawkins, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

Dekalb Market Hall, LLC,

    Defendant.

Case No.: 1:22-cv-01843-WFK-RLM

---

## ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff, Elbert Dawkins' ("Plaintiff") and Defendant, Dekalb Market Hall, LLC's ("Defendant") Joint Stipulation of Dismissal *with Prejudice*, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

1. The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;

2. The Clerk shall deny any pending Motions as moot; and

3. Each party shall bear its and his own attorneys' fees, expert fees, paralegals' fees, and costs, except as otherwise provided in the Parties' Confidential Settlement Agreement.

**DONE AND ORDERED** in Chambers at Brooklyn, New York this 27th day of July, 2022.

s/ WFK
THE HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record

64158252;1